CASREF,CLOSED,JURY,MHS2,PATENT/TRADEMARK

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Tyler)
# CIVIL DOCKET FOR CASE #: 6:13−cv−00854−MHS−CMC

Adaptix, Inc. v. Kyocera Corporation et al
Assigned to: Judge Michael H. Schneider
Referred to: Magistrate Judge Caroline Craven
Related Cases: 6:13−cv−00853−MHS−CMC
                6:13−cv−00585−MHS−CMC
Cause: 35:271 Patent Infringement

Date Filed: 11/01/2013
Date Terminated: 06/20/2014
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Adaptix, Inc.**          represented by  **Paul J Hayes**
Hayes Messina Gilman &Hayes LLC
300 Brickstone Square
9th Floor
Andover, MA 01810
(978) 809−3850
Fax: (978) 809−3869
Email: phayes@hayesmessina.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith Bryan Smiley**
Tadlock Law Firm
2701 Dallas Parkway
Suite 360
Plano, TX 75093
214−785−6014
Email: keith@tadlocklawfirm.com
*ATTORNEY TO BE NOTICED*

**Samiyah Diaz**
Hayes Messina Gilman &Hayes LLC
300 Brickstone Square
9th Floor
Andover, MA 01810
978−809−3850
Fax: 978−809−3869
Email: sdiaz@hayesmessina.com
*ATTORNEY TO BE NOTICED*

**Steven E Lipman**
Hayes Messina Gilman &Hayes LLC
300 Brickstone Square
9th Floor
Andover, MA 01810
978−809−3850
Fax: 978−809−3869
Email: slipman@hayesmessina.com
*ATTORNEY TO BE NOTICED*

                                      **Charles Craig Tadlock**
Tadlock Law Firm
2701 Dallas Parkway
Suite 360
Plano, TX 75093
214/785−6014
Email: craig@tadlocklawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kyocera Corporation**      represented by    **Jennifer Haltom Doan**
*TERMINATED: 05/29/2014*
Haltom &Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P O Box 6227
Texarkana, Tx 75505
903/255−1000
Fax: 903/255−0800
Email: jdoan@haltomdoan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                      **Christy Lynn Samansky**
Haltom &Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P O Box 6227
Texarkana, Tx 75505
903−255−1000
Fax: 903−255−0800
Email: csamansky@haltomdoan.com
*ATTORNEY TO BE NOTICED*

                                      **David Eiseman , IV**
Quinn Emanuel Urquhart &Sullivan LLP − San Francisco
50 California Street
22nd Floor
San Francisco, CA 94111
415/875−6600
Fax: 415/875−6700
Email: davideiseman@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyocera Communications, Inc.**      represented by    **Jennifer Haltom Doan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christy Lynn Samansky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Eiseman , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyocera International, Inc.**　　　　　represented by　**Jennifer Haltom Doan**
*TERMINATED: 05/29/2014*　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Christy Lynn Samansky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Eiseman , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyocera America, Inc.**　　　　　　　represented by　**Jennifer Haltom Doan**
*TERMINATED: 05/29/2014*　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Christy Lynn Samansky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Eiseman , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cellco Partnership d/b/a/ Verizon Wireless**　　represented by　**Allen Franklin Gardner**
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597−8311
Fax: 903−593−0846
Email: allengardner@potterminton.com
*ATTORNEY TO BE NOTICED*

**Cortney Cilenn Hoecherl**
Wilmer Cutler Pickering Hale &Dorr LLP – Palo Alto
950 Page Mill Road
Palo Alto, CA 94304
650/858−6000

Fax: 650/858−6100
Email: cortney.hoecherl@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Geoffrey Mark Godfrey**
Wilmer Cutler Pickering Hale &Dorr LLP – Palo Alto
950 Page Mill Road
Palo Alto, CA 94304
650/858−6000
Fax: 650/858−6100
Email: geoff.godfrey@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Mark Donnell Flanagan**
Wilmer Cutler Pickering Hale &Dorr LLP – Palo Alto
950 Page Mill Road
Palo Alto, CA 94304
650/858−6047
Fax: 650/858−6100
Email: mark.flanagan@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903−597−8311
Fax: 903−593−0846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Patrick Colbert Clutter , IV**
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903/597−8311
Email: patrickclutter@potterminton.com
*ATTORNEY TO BE NOTICED*

**Robert Michael Galvin**
Wilmer Cutler Pickering Hale &Dorr LLP – Palo Alto
950 Page Mill Road
Palo Alto, CA 94304
650−858−6000
Fax: 650−858−6100
Email: robert.galvin@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Cellco Partnership d/b/a/ Verizon Wireless** | represented by | **Geoffrey Mark Godfrey** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Michael E Jones** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Patrick Colbert Clutter , IV** (See above for address) *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Adaptix, Inc.** | represented by | **Paul J Hayes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Keith Bryan Smiley** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Samiyah Diaz** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Steven E Lipman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Charles Craig Tadlock** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Kyocera International, Inc.** *TERMINATED: 05/29/2014* | represented by | **Jennifer Haltom Doan** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Christy Lynn Samansky** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **David Eiseman , IV** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Kyocera Communications, Inc.** | represented by | |

|  |  | **Jennifer Haltom Doan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Christy Lynn Samansky**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **David Eiseman , IV**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| **Kyocera Corporation**<br>*TERMINATED: 05/29/2014* | represented by | **Jennifer Haltom Doan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Christy Lynn Samansky**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **David Eiseman , IV**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| **Kyocera America, Inc.**<br>*TERMINATED: 05/29/2014* | represented by | **Jennifer Haltom Doan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Christy Lynn Samansky**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **David Eiseman , IV**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **Adaptix, Inc.** | represented by | **Paul J Hayes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Keith Bryan Smiley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Samiyah Diaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven E Lipman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Craig Tadlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2013 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0540–4386812.), filed by Adaptix, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Tadlock, Charles) (Entered: 11/01/2013) |
| 11/01/2013 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Tadlock, Charles) (Entered: 11/01/2013) |
| 11/01/2013 | Ï 3 | NOTICE of Attorney Appearance by Keith Bryan Smiley on behalf of Adaptix, Inc. (Smiley, Keith) (Entered: 11/01/2013) |
| 11/01/2013 | Ï 4 | NOTICE of Attorney Appearance by Paul J Hayes on behalf of Adaptix, Inc. (Hayes, Paul) (Entered: 11/01/2013) |
| 11/01/2013 | Ï 5 | NOTICE of Attorney Appearance by Samiyah Diaz on behalf of Adaptix, Inc. (Diaz, Samiyah) (Entered: 11/01/2013) |
| 11/01/2013 | Ï 6 | NOTICE of Attorney Appearance by Steven E Lipman on behalf of Adaptix, Inc. (Lipman, Steven) (Entered: 11/01/2013) |
| 11/01/2013 | Ï | Judge Michael H. Schneider and Magistrate Judge Caroline Craven added. (mll, ) (Entered: 11/03/2013) |
| 11/01/2013 | Ï 7 | NOTICE OF CASE ASSIGNMENT. (mll, ) (Entered: 11/03/2013) |
| 11/01/2013 | Ï 8 | CASE REFERRED to Magistrate Judge Caroline Craven. (mll, ) (Entered: 11/03/2013) |
| 11/04/2013 | Ï 9 | ORDER that plaintiff is to file a notice that case is ready for a scheduling conference. Signed by Magistrate Judge Caroline Craven on 11/4/2013. (sm, ) (Entered: 11/04/2013) |
| 11/05/2013 | Ï 10 | SUMMONS Issued as to Cellco Partnership d/b/a/ Verizon Wireless, Kyocera America, Inc., Kyocera Communications, Inc., Kyocera International, Inc. and emailed to pltf for service. (Attachments: # 1 Summons(es), # 2 Summons(es), # 3 Summons(es))(klb) (Entered: 11/05/2013) |
| 12/10/2013 | Ï 11 | SUMMONS REISSUED as to Cellco Partnership d/b/a/ Verizon Wireless and emailed to pltf for service. (klb) (Entered: 12/10/2013) |
| 12/10/2013 | Ï 12 | CORPORATE DISCLOSURE STATEMENT filed by Adaptix, Inc. (Tadlock, Charles) (Entered: 12/10/2013) |

| | | |
|---|---|---|
| 12/10/2013 | Ï 13 | NOTICE by Adaptix, Inc. *(Plaintiff's Notice of Related Cases)* (Tadlock, Charles) (Entered: 12/10/2013) |
| 12/13/2013 | Ï 14 | NOTICE of Attorney Appearance by Jennifer Haltom Doan on behalf of Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc. (Doan, Jennifer) (Entered: 12/13/2013) |
| 12/13/2013 | Ï 15 | NOTICE of Attorney Appearance by Christy Lynn Samansky on behalf of Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc. (Samansky, Christy) (Entered: 12/13/2013) |
| 12/13/2013 | Ï 16 | Agreed MOTION for Extension of Time to File Answer re 1 Complaint *Or Otherwise Respond* by Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc.. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 12/13/2013) |
| 12/16/2013 | Ï 17 | ORDER granting 16 Motion for Extension of Time to for Kyocera Defendants to Answer Complaint to February 26, 2014. Signed by Magistrate Judge Caroline Craven on 12/16/2013. (sm, ) (Entered: 12/16/2013) |
| 12/19/2013 | Ï 18 | NOTICE of Attorney Appearance by David Eiseman, IV on behalf of Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc. (Eiseman, David) (Entered: 12/19/2013) |
| 01/06/2014 | Ï 19 | Return of Service Executed as to Cellco Partnership d/b/a/ Verizon Wireless on 12/2/2013, by cert mail. (mll, ) (Additional attachment(s) added on 1/9/2014: # 1 Proof of Service) (mll, ). (Entered: 01/07/2014) |
| 01/06/2014 | Ï 20 | Return of Service Executed as to Kyocera Communications, Inc. on 11/27/2013, by cert mail. (mll, ) (Additional attachment(s) added on 1/9/2014: # 1 Proof of Service) (mll, ). (Entered: 01/07/2014) |
| 01/13/2014 | Ï 21 | Return of Service Executed as to Cellco Partnership d/b/a/ Verizon Wireless on 12/26/2013, by cert mail. (mll, ) (Entered: 01/14/2014) |
| 01/13/2014 | Ï 22 | Return of Service Executed as to Kyocera America, Inc. on 12/9/2013, by cert mail. (mll, ) (Entered: 01/14/2014) |
| 01/13/2014 | Ï 23 | Return of Service Executed as to Kyocera International, Inc. on 12/9/2013, by cert mail. (mll, ) (Entered: 01/14/2014) |
| 01/16/2014 | Ï 24 | NOTICE of Attorney Appearance by Michael E Jones on behalf of Cellco Partnership d/b/a/ Verizon Wireless (Jones, Michael) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 25 | NOTICE of Attorney Appearance by Patrick Colbert Clutter, IV on behalf of Cellco Partnership d/b/a/ Verizon Wireless (Clutter, Patrick) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 26 | NOTICE of Attorney Appearance by Geoffrey Mark Godfrey on behalf of Cellco Partnership d/b/a/ Verizon Wireless (Godfrey, Geoffrey) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 27 | ANSWER to 1 Complaint , COUNTERCLAIM against Adaptix, Inc. by Cellco Partnership d/b/a/ Verizon Wireless.(Godfrey, Geoffrey) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 28 | DEMAND for Trial by Jury by Cellco Partnership d/b/a/ Verizon Wireless. (Godfrey, Geoffrey) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 29 | CORPORATE DISCLOSURE STATEMENT filed by Cellco Partnership d/b/a/ Verizon Wireless (Godfrey, Geoffrey) (Entered: 01/16/2014) |

| | | |
|---|---|---|
| 01/16/2014 | Ï 30 | NOTICE of Attorney Appearance by Mark Donnell Flanagan on behalf of Cellco Partnership d/b/a/ Verizon Wireless (Flanagan, Mark) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 31 | NOTICE of Attorney Appearance by Robert Michael Galvin on behalf of Cellco Partnership d/b/a/ Verizon Wireless (Galvin, Robert) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 32 | NOTICE of Attorney Appearance by Cortney Cilenn Hoecherl on behalf of Cellco Partnership d/b/a/ Verizon Wireless (Hoecherl, Cortney) (Entered: 01/16/2014) |
| 02/03/2014 | Ï 33 | NOTICE by Cellco Partnership d/b/a/ Verizon Wireless *Certificate of Interested Parties* (Godfrey, Geoffrey) (Entered: 02/03/2014) |
| 02/06/2014 | Ï 34 | ANSWER to 27 Answer to Complaint, Counterclaim by Adaptix, Inc..(Hayes, Paul) (Entered: 02/06/2014) |
| 02/14/2014 | Ï 35 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Cellco Partnership d/b/a/ Verizon Wireless (Gardner, Allen) (Entered: 02/14/2014) |
| 02/26/2014 | Ï 36 | ANSWER to 1 Complaint , COUNTERCLAIM against Adaptix, Inc. by Kyocera International, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera America, Inc..(Doan, Jennifer) (Entered: 02/26/2014) |
| 02/27/2014 | Ï 37 | DEMAND for Trial by Jury by Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc.. (Doan, Jennifer) (Entered: 02/27/2014) |
| 02/27/2014 | Ï 38 | CORPORATE DISCLOSURE STATEMENT filed by Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc. (Doan, Jennifer) (Entered: 02/27/2014) |
| 03/19/2014 | Ï 39 | *PLAINTIFF'S REPLY TO KYOCERA DEFENDANTS' COUNTERCLAIMS* ANSWER to 36 Answer to Complaint, Counterclaim by Adaptix, Inc..(Hayes, Paul) (Entered: 03/19/2014) |
| 04/28/2014 | Ï 40 | ORDER TO MEET, REPORT, AND APPEAR AT SCHEDULING CONFERENCE. Scheduling Conference set for 7/1/2014 11:00 AM in Judge Steger's Courtroom 3rd Floor, Tyler, TX before Magistrate Judge Caroline Craven. Signed by Magistrate Judge Caroline Craven on 4/28/14. (bas, ) (Entered: 04/28/2014) |
| 05/06/2014 | Ï 41 | NOTICE by Cellco Partnership d/b/a/ Verizon Wireless *of Amended Certificate of Interested Parties* (Godfrey, Geoffrey) (Entered: 05/06/2014) |
| 05/13/2014 | Ï 42 | NOTICE by Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc. *Certificate of Interested Parties* (Doan, Jennifer) (Entered: 05/13/2014) |
| 05/13/2014 | Ï 43 | NOTICE by Adaptix, Inc. *Certificate of Interested Parties* (Tadlock, Charles) (Entered: 05/13/2014) |
| 05/28/2014 | Ï 44 | STIPULATION of Dismissal *of Certain Kyocera Defendants* by Adaptix, Inc., Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc.. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 05/28/2014) |
| 05/28/2014 | Ï 45 | STIPULATION *Regarding Transfer to the Northern District of California, Consent to Magistrate Judge, and Joint Motion to Relate Action to Cases Pending in the Northern District of California* by Adaptix, Inc., Cellco Partnership d/b/a/ |

| | | |
|---|---|---|
| | | Verizon Wireless, Kyocera Communications, Inc.. (Doan, Jennifer) (Entered: 05/28/2014) |
| 05/28/2014 | Ï 46 | Joint MOTION to Change Venue *to the Northern District of California* by Adaptix, Inc., Cellco Partnership d/b/a/ Verizon Wireless, Kyocera America, Inc., Kyocera Communications, Inc., Kyocera Corporation, Kyocera International, Inc.. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 05/28/2014) |
| 05/29/2014 | Ï 47 | ORDER granting 44 Stipulation of Dismissal of Certain Kyocera Defendants. Plaintiff's claims against Defendants Kyocera Corporation, Kyocera International, Inc., and Kyocera America, Inc. are dismissed without prejudice, with each party to bear its own attorneys' fees and costs. Signed by Judge Michael H. Schneider on 05/29/14. (mll, ) (Entered: 05/29/2014) |
| 05/29/2014 | Ï 48 | ORDER granting 46 Motion to Change Venue. This case is hereby TRANSFERRED to the Northern District of California. Signed by Judge Michael H. Schneider on 05/29/14. (mll, ) (Entered: 05/29/2014) |
| 05/29/2014 | Ï | **\*\*This civil action will be transferred to the Northern District of California on or after 6−18−2014 per Local Rule CV−83(b).\*\*** (mll, ) (Entered: 05/29/2014) |
| 06/20/2014 | Ï | Interdistrict transfer to the Northern District of California. (mll, ) (Entered: 06/20/2014) |