[*COUNSEL LISTED ON SIGNATURE BLOCK*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION, HTC AMERICA, INC., and AT&T MOBILITY, LLC,<br>    Defendants. | Case No. 5:14-CV-02359-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S STATEMENT OF RECENT DECISION** |
| ADAPTIX, INC.,<br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION, HTC AMERICA, INC., and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>    Defendants. | Case No. 5:14-CV-02360-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S STATEMENT OF RECENT DECISION** |
| ADAPTIX, INC.,<br>    Plaintiff,<br><br>V.<br><br>KYOCERA COMMUNICATIONS, INC. and SPRINT SPECTRUM, L.P.,<br>    Defendants. | Case No. 5:14-CV-02894-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S STATEMENT OF RECENT DECISION** |
| ADAPTIX, INC.,<br>    Plaintiff,<br><br>V.<br><br>KYOCERA COMMUNICATIONS, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>    Defendant. | Case No. 5:14-CV-02895-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S STATEMENT OF RECENT DECISION** |
| ADAPTIX, INC.,<br>    Plaintiff,<br><br>v. | Case No. 5:15-CV-00165-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S STATEMENT OF RECENT DECISION** |

| | |
|---|---|
| ZTE USA, INC. AND BOOST MOBILE, LLC,<br>          Defendants. | |
| ADAPTIX, INC.,<br>          Plaintiff,<br>v.<br>ZTE USA, INC. AND SPRINT SPECTRUM L.P.,<br>          Defendants. | Case No. 5:15-CV-00166-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S STATEMENT OF RECENT DECISION** |
| ADAPTIX, INC.,<br>          Plaintiff,<br>V.<br>ZTE USA, INC., T-MOBILE USA, INC., METROPCS COMMUNICATIONS, INC., AND METROPCS WIRELESS, INC.,<br>          Defendants. | Case No. 5:15-CV-00167-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S STATEMENT OF RECENT DECISION** |
| ADAPTIX, INC.,<br>          Plaintiff,<br>V.<br>ZTE USA, INC.,<br>          Defendant. | Case No. 5:15-CV-00168-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S STATEMENT OF RECENT DECISION** |

In connection with its Opposition to Defendants' Motion to Stay Pending IPR (*see*, *e.g.*, Dkt. No. 86 in Case No. 5:14-CV-2359; No. 129 in Case No. 5:14-CV-2894; No. 168 in Case No. 5:15-CV-165), Plaintiff, ADAPTIX, Inc. ("Adaptix"), hereby submits as Exhibit A a copy of the United States Patent and Trademark Office's June 10, 2015 decision denying institution of Kyocera Corporation and Kyocera Communications, Inc.'s request for *Inter Partes* Review of U.S. Patent No. 7,454,212 (Case IPR2015-00318, Paper 10).

Dated: June 10, 2015                    Respectfully submitted,

                         /s/ *Michael J. Ercolini*
                         Paul J. Hayes
                         James J. Foster
                         Michael J. Ercolini (*pro hac vice*)
                         **HAYES, MESSINA, GILMAN HAYES, LLC**

2

|   |   |
|---|---|
| 1 | 200 State Street, 6th Floor |
|   | Boston, MA 02109 |
| 2 | Email: phayes@hayesmessina.com |
|   | Email: jfoster@hayesmessina.com |
| 3 | Email: mercolini@hayesmessina.com |
|   | Telephone: (617) 439-4200 |
| 4 | Facsimile: (617) 443-1999 |

1
2    200 State Street, 6th Floor
     Boston, MA 02109
3    Email: phayes@hayesmessina.com
     Email: jfoster@hayesmessina.com
4    Email: mercolini@hayesmessina.com
     Telephone: (617) 439-4200
5    Facsimile: (617) 443-1999
6
7    Christopher D. Banys
     Jennifer L. Gilbert
8    Banys, P.C.
     1032 Elwell Court, Suite 100
9    Palo Alto, CA 04303
     Email: cdb@banyspc.com
10   Email: jlg@banyspc.com
     Telephone: (650) 308-8505
11   Facsimile: (650) 353-2202

**Attorneys for Plaintiff ADAPTIX, INC.**